UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-21740-Civ-COOKE/TORRES

NANCY WRIGLEY, *et al.*

    Plaintiffs,

vs.

MASTEC, INC., *et al.*,

    Defendants.

_____/

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

THIS MATTER is before me on Defendants' Motion to Dismiss (ECF No. 41). I have reviewed Defendants' Motion, the record, the relevant legal authorities, and the arguments made by the parties at the Motion Hearing on September 28, 2016. For the reasons fully discussed at the Motion Hearing, it is hereby **ORDERED and ADJUDGED** that Defendants' Motion to Dismiss (ECF No. 41) is **GRANTED**. Plaintiffs' Complaint is **DISMISSED** *without prejudice*. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, Miami, Florida, this 29th day of September 2016.

                                              MARCIA G. COOKE
                                              United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*